IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:08-cv-00080-GEB-GGH
          Plaintiff,           )
                               )
     v.                        )   ORDER RE: SETTLEMENT
                               )   AND DISPOSITION
SPEEDY AUTO CARE & RESTORATION,)
INC., d/b/a/ SPEEDEE OIL CHANGE)
AND TUNE UP; FAIR OAKS AUTO SERVICE)
AND TUNE, INC. d/b/a SPEEDEE OIL )
CAHNGE AND TUNE UP;            )
CHRISTOPHER R. MACK; LORI A. MACK, )
                               )
          Defendants.          )
                               )
```

On March 28, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than April 17, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

The status conference scheduled for April 28, 2008, is reset for hearing on June 2, 2008, at 9:00 a.m. in the event that no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: April 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2