SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Speedy Auto Care & Restoration, Inc., et al,<br><br>Defendants | Case No.: CIV.S 08-cv-00080-GEB-GGH<br><br>**STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

TO THE COURT AND ALL PARTIES:

The Plaintiff has settled his dispute with the Defendants. The Court ordered all dispositional documents to be filed by April 17, 2008. Plaintiff's Counsel and Defendants Counsel respectfully request an extension until May 19, 2008 to file dispositional documents due

1

STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-08-cv-00080-GEB-GGH

1   to the fact that the property has been evaluated by a disabled access consultant, but the parties are
2   waiting for the compliance report which is to be incorporated into the settlement agreement.

Dated: April 18, 2008                          Disabled Access Prevents Injury, Inc.

                                                              /s/Scott N. Johnson
                                                               SCOTT N. JOHNSON
                                                               Plaintiff, In Pro Per

Dated:  April 18, 2008                         Trainor Fairbrook

                                                                /s/Daniel Steinberg
                                                               DANIEL STEINBERG
                                                               Attorney for Defendants,
                                                               Christopher R. Mack; Lori A. Mack

Dated:  April 18, 2008                         Carroll, Burdick & McDonough, LLP

                                                               /s/Timothy M. Flaherty
                                                               TIMOTHY M. FLAHERTY
                                                              Attorney for Defendant,
                                                              Fair Oaks Auto Service & Tune, Inc.

**ORDER**

    IT IS HEREBY ORDERED THAT a dispositional document shall be filed no later than May 19, 2008.

DATED:  April 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge