IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPEEDY AUTO CARE & RESTORATION, ) <br> Inc., d/b/a SPEEDEE OIL CHANGE AND ) <br> TUNE UP; FAIR OAKS AUTO SERVICE ) <br> AND TUNE, INC.,d/b/a SPEEDEE OIL ) <br> CHANGE AND TUNE UP; CHRISTOPHER R. ) <br> MACK; LORI A. MACK, ) <br> ) <br> Defendants. ) | 2:08-cv-00080-GEB-GGH <br><br> ORDER OF DISMISSAL |

On April 23, 2008, an Order was issued granting the Plaintiff's request for extension of time to file dispositional documents to May 19, 2008.  Further, the April 4, 2008, Order stated that "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."  Since the parties failed to file the dismissal document, and provide no reason why the Federal Court

1 | should continue exercising jurisdiction over this settled action,
2 | this action is dismissed without prejudice.
3 |          IT IS SO ORDERED.
4 | Dated:  May 28, 2008
5 |
6 | _____
    GARLAND E. BURRELL, JR.
7 | United States District Judge
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |